

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2018

No. 04-18-00387-CV

**IN RE S.J. AND K.T.J.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA01630
Honorable Martha Tanner, Judge Presiding

# O R D E R

The sealed clerk's record, which contains a sealed supplemental volume, has been filed. The clerk's record does not contain "any request for a reporter's record." *See* TEX. R. APP. P. 34.5(a)(9). Appellant's docketing statement states there is a reporter's record that was requested on June 15, 2018. However, the docketing statement does not contain the court reporter's name. *See id.* R. 32.1(a)(i) (requiring the docketing statement to include "the name of the court reporter").

We therefore order appellant Sindy Scott-Hammett to file, by **July 10, 2018**, an amended docketing statement that includes the name of the court reporter or court reporters from whom the reporter's record was requested. If appellant filed a request for the reporter's record with the trial court clerk, we order appellant Sindy Scott-Hammett, by **July 10, 2018**, to (1) request that the trial court clerk supplement the clerk's record with a copy of appellant's request for the reporter's record, and (2) file a copy of any such request to supplement the clerk's record with this court.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court